UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NUMBER 2:19-cr-656-SSS |
| | § | |
| | § | |
| JONATHAN RODRIGUEZ | § | |

### SUPPLEMENTAL EXHIBIT TO GOVERNMENT NOTICE re FORFEITURE

In our May 2, 2022, pleading, the United States alerted the Court to the successful

administrative forfeiture of the funds in question in this case.  DE 475.

To supplement the record, the United States now files the attached exhibit, labeled

Exhibit B.   Exhibit B is a copy of the log from the Coastal Bend Detention Center showing the

delivery by jail personnel to Jonathan Rodriguez of the certified mail Notice of Forfeiture for the

$1,262,375.00.  The log was signed by the defendant, Jonathan Rodriguez, indicating that he was

served with notice of the administrative forfeiture.  He was served with notice on October 9,

2019, thus the deadline under Title 18 USCA 983(a)(2)(B) for asserting a claim to the

$1,262,375.00 is long past.

Respectfully Submitted,

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

By: _____
John Marck
Assistant United States Attorney
SDTX Federal ID No. 3679009
New York State Bar No. 5384417
USAO for the Southern District of Texas
One Shoreline Plaza

1

800 N. Shoreline Blvd., Suite 500
Corpus Christi, TX 78401
Tel: (361) 888-3111
Fax: (361) 888-3200
Email: john.marck@usdoj.gov


By:      *s/ Jon Muschenheim*
         Jon Muschenheim
         Assistant United States Attorney
         Southern District of Texas
         SDTX Bar No. 9246
         Texas Bar Number 14741650
         One Shoreline Plaza, South Tower
         800 N. Shoreline Blvd., Suite 500
         Corpus Christi, Texas 78401
         Phone: (361) 903-7905
         Jon.Muschenheim@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 2:19-cr-656-SSS |
| | § | |
| JONATHAN RODRIGUEZ | § | |

<u>CERTIFICATE OF SERVICE</u>

I, John Marck, attorney for the government, hereby certify that a copy of the Supplemental

Exhibit To Government Notice re Forfeiture has been provided by notice of electronic filing and

e-mail to Sandra Eastwood, attorney for the Defendant, on May 10, 2022:

Respectfully submitted,

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

By: _____
JOHN MARCK
Assistant United States Attorney

# U.S. v. Rodriguez
# 2:19-cr-656-1-SSS

# GOVERNMENT NOTICE
# re FORFEITURE

# EXHIBIT B



GE⊘

The GEO Group, Inc.

CHECK ONE

| Legal | Special | Media | DATE RECEIVED | INMATE NAME | INMATE ID # | ADDRESSEE'S NAME AND ADDRESS | INMATES SIGNATURE | OFFICER'S INITIALS | DATE |
|---|---|---|---|---|---|---|---|---|---|
| / | | | ████ | | | | | 8 | 10 8 17 |
| / | | | ████ | | | | | 6 | 10 8 19 |
| / | | | ████ | | | | | 8 | 10 8 19 |
| / | | | ████ | | | | | 8 | 10 8 19 |
| / | | | ████ | | | | | 8 | 10 8 19 |
| / | | | ████ | | | | | 8 | 10 8 19 |
| / | | | ████ | | | | | 8 | 10 8 19 |
| / | | | ████ | | | | | 6 | 10 8 19 |
| / | | | ████ | | | | | 8 | 10 8 19 |
| / | | | 10 8 19 | Jonathan Rodriguez | 94968479 | US DOJ | ~~~ | 8 | 10 8 19 |
| / | | | ████ | | | | | 8 | 10 8 19 |
| / | | | ████ | | | | | 8 | 10 8 19 |
| / | | | ████ | | | | | 8 | 10 8 19 |
| / | | | ████ | | | | | 8 | 10 8 19 |
| / | | | ████ | | | | | 8 | 10 8 19 |
| / | | | ████ | | | | | 8 | 10 8 19 |
| / | | | ████ | | | | | 8 | 10 8 19 |
| / | | | ████ | | | | | 8 | 10 8 19 |
| / | | | ████ | | | | | 8 | 10 8 19 |
| / | | | ████ | | | | | 8 | 10 8 19 |

Revised as of 7/23/2019

GOVERNMENT'S EXHIBIT:
**B**
(Sentencing)